ruary 4, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*George B. Wellington* for appellant.

*Lewis E. Griffith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., VANN and WERNER, JJ.

---

PRESTON B. SEAMAN, Respondent, *v.* THE COUNTY OF NASSAU, Appellant.

*Seaman* v. *County of Nassau*, 132 App. Div. 904, appeal dismissed.
(Submitted February 15, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 26, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*George B. Stoddart, Fred Ingraham* and *James W. Treadwell* for appellant.

*William L. Bowman* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.